Judgment affirmed, without costs (People v. Richmond County News, 9 N Y 2d 578 [1961]; Butler v. Michigan, 352 U. S. 380 [1957]; Roth v. United States, 354 U. S. 476 [1957]; Kingsley Books v. Brown, 354 U. S. 436 [1957]; Alberts v. California, 354 U. S. 476 [1957]; One, Inc., v. Olesen, 355 U. S. 371 [1958]; Kingsley Pictures Corp. v. Regents, 360 U. S. 684 [1959]; Smith v. California, 361 U. S. 147 [1959]; Manual Enterprises v. Day, 370 U. S. 478 [1962]). No opinion.
Concur: Judges Dye, Fuld, Van Voorhis and Bergan. Chief Judge Desmond and Judges Burke and Scileppi dissent and vote to reverse (People v. Finkelstein, 11 N Y 2d 300).